

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00722-CV

Eric **LOPEZ,**
Appellant

v.

**ROCKY CREEK PARTNERS, LLC.,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13865
Honorable Laura Salinas, Judge Presiding

## O R D E R

  The clerk's record was due November 5, 2019. Appellant filed a docketing statement on October 28, 2019, stating he had requested a clerk's record and made arrangements with the clerk to pay the fees for preparation and filing of the record. The record has not been filed. On November 6, the Bexar County District Clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

  We order Eric Lopez to provide written proof to this court by **November 18, 2019** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a); TEX. R. CIV. P. 145. If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court